THE STATE OF OHIO, APPELLEE, *v.* HAMON, APPELLANT.

[Cite as *State v. Hamon,* 139 Ohio St.3d 314, 2014-Ohio-1927.]

(No. 2013–0830—Submitted April 30, 2014—Decided May 15, 2014.)

{¶ 1} The judgment of the court of appeals is vacated, and the cause is remanded for application of *State v. Anderson,* 138 Ohio St.3d 264, 2014-Ohio-542, 6 N.E.3d 23.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Carol O'Brien, Delaware County Prosecuting Attorney, and Douglas N. Dumolt, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Stephen P. Hardwick, Assistant Public Defender, for appellant.